## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 16-20872-CIV-LENARD/GOODMAN

JESUS LAZARO COLLAR,

     Plaintiff,

v.

ABALUX INC., et al.,

     Defendants.

_____/

### POST-DISCOVERY HEARING ADMINISTRATIVE ORDER

The parties filed Notices of Hearing concerning discovery issues. [ECF Nos. 36; 37]. The Undersigned held a hearing on the dispute on June 9, 2017, and **ORDERS** as follows:

Defendant Ablaux Inc. ("Defendant") is required to provide redacted versions of the QuickBooks summary reports (actual registers) for 2014 through 2016. Defendant is not required to provide invoice receipts and back-up documents that it used to prepare the QuickBooks entries for that same time period.

The QuickBooks production shall only disclose incoming money data -- as opposed to outgoing money data. For such production, Defendant may redact the following: (1) identifiers of its particular clients or customers and (2) pricing information.

If it turns out that the production shows that Defendant's annual revenue was less than $500,000.00 for 2014, 2015, or 2016, then Plaintiff shall reimburse Defendant for Defendant's costs of going through its records to make this production. If Plaintiff cannot pay such costs, then Plaintiff's law firm is responsible for the payment to Defendant.

Based on the consequences of my discovery ruling for Plaintiff, the Undersigned is granting Plaintiff the opportunity to change Plaintiff's position on compelling the QuickBooks production. Therefore, by June 16, 2017, Plaintiff's counsel shall notify defense counsel if she would still like to move forward with compelling Defendant's production of the redacted QuickBooks entries. If Plaintiff would like to move forward with compelling the production pursuant to this Order, then Defendant must produce the redacted quick books by July 7, 2017.

**DONE AND ORDERED**, in Chambers, in Miami, Florida, on June 12, 2017.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Joan A. Lenard
All counsel of record