UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20872-CIV-LENARD/GOODMAN

JESUS LAZARO COLLAR,

    Plaintiff,

v.

ABALUX INC., et al.,

    Defendants.
_____/

## POST-DISCOVERY HEARING ADMINISTRATIVE ORDER

The parties filed a joint Notice of Hearing concerning discovery issues. [ECF No. 50]. The Undersigned held a hearing on the dispute on August 3, 2017, and **ORDERS** as follows:

Defendants are not required to answer any interrogatory requests or produce any documents pertaining to Mr. Cabral's business.

All additional production or interrogatory answers required by this Order are limited to 2015.

By August 14, 2017, Defendants shall provide to Plaintiff either a verified interrogatory answer or an affidavit that lists, as evident from QuickBooks documents, their customers (by initials only) who were invoiced in 2015 but did not make a payment or payments until 2016.

Defendants are not required to discern what entries on QuickBooks are for wholesale customers instead of retail customers, because all customer money went into the same bank account.

Plaintiff is not permitted to take the depositions of seven of Defendants' customers. However, by August 14, 2017, Defendants shall provide to Plaintiff a list of all customers (by initials only) who placed orders in December 2015. This list shall indicate when payments were received.

In addition, for the customers who did not make COD payments, by August 14, 2017, Defendants shall provide to Plaintiff copies of the invoices, checks, or credit card receipts showing when payments were received. Defendants are permitted to redact all customer names and information listed in this additional production. Defendants may simply indicate their customers' initials, where appropriate.

At this juncture, Plaintiff is not permitted to again take Defendants' accountant's deposition. However, Plaintiff may reassert this request at a later time.

The Undersigned denies in large part Plaintiff's Supplemental Request for Production Dated 7/18/17. However, by August 14, 2017, Defendants shall produce redacted invoices (with customers' initials only) indicating the customers who placed orders in December 2015 but did not make payments until 2016.

By August 14, 2017, Defendants shall provide a supplemental interrogatory answer or affidavit explaining whether they received payments in 2016 for invoices created in December 2015.

Defendants are not required to produce any supplemental responses to Plaintiff's Supplemental Interrogatories dated 7/24/17.

The Undersigned denies in large part Plaintiff's Supplemental Request for Production Dated 7/24/17. However, Defendant Abalux, Inc. shall, by August 14, 2017, produce invoices and bank records for money received in 2016 for invoices created in December 2015.

**DONE AND ORDERED**, in Chambers, in Miami, Florida, on August 7, 2017.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Joan A. Lenard
All counsel of record