

**Abalux, Inc.**
2631 W. 81st Street
Hialeah, FL 33016
(305) 698-9192
signs@abaluxinc.com
http://www.abaluxinc.com

# INVOICE

**BILL TO**

**APS**

**INVOICE #** 9925
**DATE** 12/07/2015
**DUE DATE** 12/07/2015

PROJECT

REDACTED

| ACTIVITY | SQFT OR QTY | RATE | AMOUNT |
|---|---|---|---|
| | | | 448.00T |
| REDACTED | REDACTED | | |
| REDACTED | REDACTED | | 67.50T |
| REDACTED | REDACTED | | 200.00T |
| REDACTED | REDACTED | | 150.00 |

PAID

Thank you for giving Abalux the opportunity to serve you!

Terms: It is agreed that the above work is custom-made; therefore, this order is not subject to cancellation. No money retained or returned may be used as credit for other signs or services. All checks returned by the bank are subject to a $30 fee, and if a check is returned, payments must henceforth be paid in cash. Payment in full is due upon completion of printed work or installation of sign. Named customer contact personally guarantees this invoice; should this account go to collection,

| | |
|---|---|
| SUBTOTAL | 865.50 |
| TAX (7%) | 50.09 |
| TOTAL | 915.59 |
| PAYMENT | 915.59 |
| BALANCE DUE | **$0.00** |

Abalux is a UL-Listed Sign Manufacturer.

ABALUX 000415

**APS**
**Invoice 9925**
**2nd Payment**

**Chase Online**            **Thursday, August 10, 2017**

## Check Details for Check Number 2722

| Post Date | Amount | Account number | Routing number |
|---|---|---|---|
| 2016-02-04 00:00:00.0 | $489.90 | | |

## Check Images (Front and Back)

This information is provided for your convenience and does not replace your monthly account statement(s),
which are the official records of your accounts and does not replace any other notice we send you.
JPMorgan chase Bank, N.A. Member FDIC

© 2017 JPMorgan Chase & Co.



**Abalux, Inc.**
2631 W. 81st Street
Hialeah, FL 33016
(305) 698-9192
signs@abaluxinc.com
http://www.abaluxinc.com

# INVOICE

**BILL TO**

    **TD**

**INVOICE #** 9932
**DATE** 12/08/2015
**DUE DATE** 12/08/2015

**PROJECT**

    REDACTED

| ACTIVITY | SQFT OR QTY | RATE | AMOUNT |
|---|---|---|---|
| REDACTED | REDACTED | | 393.99T |
| REDACTED | 1 | 0.00 | 0.00T |

Thank you for giving Abalux the opportunity to serve you!

Terms: It is agreed that the above work is custom-made; therefore, this order is not subject to cancellation. No money retained or returned may be used as credit for other signs or services. All checks returned by the bank are subject to a $30 fee, and if a check is returned, payments must henceforth be paid in cash. Payment in full is due upon completion of printed work or installation of sign. Named customer contact personally guarantees this invoice; should this account go to collection, customer contact will be responsible for all costs of collection and/or attorney's fees.

| | |
|---|---|
| SUBTOTAL | 393.99 |
| TAX (7%) | 27.58 |
| TOTAL | 421.57 |
| PAYMENT | 421.57 |
| **BALANCE DUE** | **$0.00** |

PAID

Abalux is a UL-Listed Sign Manufacturer.    ABALUX 000417

ABALUX
2631 W 81ST ST
HIALEAH, FL 33016
305-698-9192

### SALE

MID 1931   Store 0001  Term 0002
REF#: 00000001
Batch #: 025   RRN: 800617404623
07:06:16                              12:40:05
Trans ID: 386006636055245
APPR CODE: 064012
VISA                    Chip/Swiped

AMOUNT          $221.67

APPROVED

## TD

I AGREE TO PAY ABOVE TOTAL AMOUNT
IN ACCORDANCE WITH CARD ISSUER'S
AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
RETAIN THIS COPY FOR STATEMENT
VERIFICATION

THANK YOU!!

MERCHANT COPY



**Abalux, Inc.**
2631 W. 81st Street
Hialeah, FL 33016
(305) 698-9192
signs@abaluxinc.com
http://www.abaluxinc.com

# INVOICE

**BILL TO**

**JM3S/ATS**

**INVOICE #** 9945
**DATE** 12/10/2015
**DUE DATE** 12/10/2015

**PROJECT**
REDACTED

| ACTIVITY | SQFT OR QTY | RATE | AMOUNT |
|---|---|---|---|
| REDACTED | REDACTED | | 1,110.00T |
| REDACTED | REDACTED | | 697.50T |
| REDACTED | REDACTED | | 0.00T |

PAID

Thank you for giving Abalux the opportunity to serve you!

Terms: It is agreed that the above work is custom-made; therefore, this order is not subject to cancellation. No money retained or returned may be used as credit for other signs or services. All checks returned by the bank are subject to a $30 fee, and if a check is returned, payments must henceforth be paid in cash. Payment in full is due upon completion of printed work or installation of sign. Named customer contact personally guarantees this invoice; should this account go to collection, customer contact will be responsible for all costs of collection and/or attorney's fees.

| | |
|---|---|
| SUBTOTAL | 1,807.50 |
| TAX (0%) | 0.00 |
| TOTAL | 1,807.50 |
| PAYMENT | 1,807.50 |
| BALANCE DUE | **$0.00** |

Abalux is a UL-Listed Sign Manufacturer.          ABALUX 000418

From: **QuickBooks Payments** connect@e.connect.intuit.com
Subject: Payment received: Invoice 9945
Date: January 21, 2016 at 10:11 AM
To: signs@abaluxinc.com

**JM3S/ATS**
**Invoice 9945**
**1st Payment**



 # You received a payment

You received a payment of **$500.00** on invoice **9945**.

**Payment amount**       $500.00

**Paid to**              Abalux, Inc.

**Paid date**            January 21, 2016

**Invoice no**           9945

Funds will be deposited in your account in 2-3 business days.



 QuickBooks.

© Intuit, Inc. All rights reserved. Privacy | Term

ABALUX 000444



From: **QuickBooks Payments** connect@e.connect.intuit.com
Subject: Payment received: Invoice 9945
Date: March 22, 2016 at 6:30 PM
To: signs@abaluxinc.com

 ## You received a payment

You received a payment of **$1,307.50** on invoice **9945**.

| | |
|---|---|
| **Payment amount** | $1,307.50 |
| **Paid to** | Abalux, Inc. |
| **Paid date** | March 22, 2016 |
| **Invoice no** | 9945 |

Funds will be deposited in your account in 2-3 business days.



intuit
**QuickBooks.**

© Intuit, Inc. All rights reserved. Privacy | Term

ABALUX 000445



**Abalux, Inc.**
2631 W. 81st Street
Hialeah, FL  33016
(305) 698-9192
signs@abaluxinc.com
http://www.abaluxinc.com

# INVOICE

**BILL TO**

P

**INVOICE #** 9957
**DATE** 12/11/2015
**DUE DATE** 12/11/2015

**PROJECT**
redacted

| ACTIVITY | SQFT OR QTY | RATE | AMOUNT |
|---|---|---|---|
| REDACTED | REDACTED | | 30.00 |

Thank you for giving Abalux the opportunity to serve you.

Terms: It is agreed that the above work is custom-made; therefore, this order is not subject to cancellation. No money retained or returned may be used as credit for other signs or services. All checks returned by the bank are subject to a $30 fee, and if a check is returned, payments must henceforth be paid in cash. Payment in full is due upon completion of printed work or installation of sign. Named customer contact personally guarantees this invoice; should this account go to collection, customer contact will be responsible for all costs of collection and/or attorney's fees.

| | |
|---|---|
| PAYMENT | 30.00 |
| BALANCE DUE | **$0.00** |

PAID

Abalux is a UL-Listed Sign Manufacturer.

ABALUX 000419

From: **QuickBooks Payments** connect@e.connect.intuit.com
Subject: Payment received: Invoice 9957
Date: January 11, 2016 at 12:38 PM
To: signs@abaluxinc.com

P
**Invoice 9957**



 ## You received a payment

You received a payment of **$30.00** on invoice **9957**.

| | |
|---|---|
| **Payment amount** | $30.00 |
| **Paid to** | Abalux, Inc. |
| **Paid date** | January 11, 2016 |
| **Invoice no** | 9957 |

Funds will be deposited in your account in 2-3 business days.





© Intuit, Inc. All rights reserved. Privacy | Term



**Abalux, Inc.**
2631 W. 81st Street
Hialeah, FL 33016
(305) 698-9192
signs@abaluxinc.com
http://www.abaluxinc.com

# INVOICE

BILL TO

**KD**

**INVOICE #** 9971
**DATE** 12/15/2015
**DUE DATE** 12/15/2015

---

**PROJECT**
10611, 10612

| ACTIVITY | SQFT OR QTY | RATE | AMOUNT |
|----------|-------------|------|--------|
| REDACTED | REDACTED | | 25.00T |
| REDACTED | REDACTED | | 25.00T |
| REDACTED | REDACTED | | 30.00 |

Thank you for giving Abalux the opportunity to serve you!

Terms: It is agreed that the above work is custom-made; therefore, this order is not subject to cancellation. No money retained or returned may be used as credit for other signs or services. All checks returned by the bank are subject to a $30 fee, and if a check is returned, payments must henceforth be paid in cash. Payment in full is due upon completion of printed work or installation of sign. Named customer contact personally guarantees this invoice; should this account go to collection, customer contact will be responsible for all costs of collection and/or attorney's fees.

| | |
|---|---|
| SUBTOTAL | 80.00 |
| TAX (0%) | 0.00 |
| TOTAL | 80.00 |
| PAYMENT | 80.00 |
| BALANCE DUE | **$0.00** |

Abalux is a UL-Listed Sign Manufacturer.          ABALUX 000420

**From:** **QuickBooks Payments** connect@e.connect.intuit.com
**Subject:** Payment received: Invoice 9971
**Date:** January 10, 2016 at 6:21 AM
**To:** signs@abaluxinc.com

**KD**
**Invoice 9971**



 **You received a payment**

You received a payment of **$80.00** on invoice **9971**.

| | |
|---|---|
| **Payment amount** | $80.00 |
| **Paid to** | Abalux, Inc. |
| **Paid date** | January 10, 2016 |
| **Invoice no** | 9971 |

Funds will be deposited in your account in 2-3 business days.



intuit
**QuickBooks.**

© Intuit, Inc. All rights reserved. Privacy | Term

ABALUX 000447



**Abalux, Inc.**
2631 W. 81st Street
Hialeah, FL 33016
(305) 698-9192
signs@abaluxinc.com
http://www.abaluxinc.com

# INVOICE

**BILL TO**

P1PI

**INVOICE #** 9983
**DATE** 12/16/2015
**DUE DATE** 12/31/2015

---

**PROJECT**
    REDACTED

| ACTIVITY | SQFT OR QTY | RATE | AMOUNT |
|---|---|---|---|
| REDACTED | | REDACTED | 15.00T |
| REDACTED | | REDACTED | 50.00 |

PAID

---

Abalux is a UL-listed sign manufacturer.

Terms: It is agreed that the above work is custom-made;
therefore, this order is not subject to cancellation. No money
retained or returned may be used as credit for other signs or
services. All checks returned by the bank are subject to a $30
fee, and if a check is returned, payments must henceforth be paid
in cash. Payment in full is due upon completion of printed work or
installation of sign. Named customer contact personally
guarantees this invoice; should this account go to collection,
customer contact will be responsible for all costs of collection
and/or attorney's fees.

Thank you for giving Abalux the opportunity to serve you!

| | |
|---|---|
| SUBTOTAL | 65.00 |
| TAX (7%) | 1.05 |
| TOTAL | 66.05 |
| PAYMENT | 66.05 |
| BALANCE DUE | **$0.00** |

Abalux is a UL-Listed Sign Manufacturer.

ABALUX 000421

## Chase Online

Wednesday, August 02, 2017

### Check Details for Check Number

| Post Date | Amount | Account number | Routing number |
|---|---|---|---|
| 2016-01-19 00:00:00.0 | $66.05 | | |

### Check Images (Front and Back)



U.S. CENTURY BANK
2301 N.W. 87TH AVE
DORAL, FLORIDA 33172

**P1PI**

1/15/2016

PAY TO THE ORDER OF _____ Abalux, Inc. _____  $ **66.05

Sixty-Six and 05/100 ———————————————— DOLLARS

Abalux, Inc.
2631 W 81st Street
Hialeah, Florida 33016

MEMO   INV #9983                                         AUTHORIZED SIGNATURE



FOR DEPOSIT ONLY
ABALUX, INC.

This information is provided for your convenience and does not replace your monthly account statement(s), which are the official records of your accounts and does not replace any other notice we send you. JPMorgan chase Bank, N.A. Member FDIC

ABALUX 000448



**Abalux, Inc.**
2631 W. 81st Street
Hialeah, FL 33016
(305) 698-9192
signs@abaluxinc.com
http://www.abaluxinc.com

# INVOICE

**BILL TO**

**KD**

**INVOICE #** 9990
**DATE** 12/16/2015
**DUE DATE** 12/16/2015

**PROJECT**
10652

| ACTIVITY | SQFT OR QTY | RATE | AMOUNT |
|---|---|---|---|
| REDACTED | | REDACTED | 30.00T |
| REDACTED | | REDACTED | 14.00 |

Thank you for giving Abalux the opportunity to serve you!

Terms: It is agreed that the above work is custom-made; therefore, this order is not subject to cancellation. No money retained or returned may be used as credit for other signs or services. All checks returned by the bank are subject to a $30 fee, and if a check is returned, payments must henceforth be paid in cash. Payment in full is due upon completion of printed work or installation of sign. Named customer contact personally guarantees this invoice; should this account go to collection, customer contact will be responsible for all costs of collection and/or attorney's fees.

| | |
|---|---|
| SUBTOTAL | 44.00 |
| TAX (0%) | 0.00 |
| TOTAL | 44.00 |
| PAYMENT | 44.00 |
| BALANCE DUE | **$0.00** |

PAID

Abalux is a UL-Listed Sign Manufacturer.          ABALUX 000422

**From:** **QuickBooks Payments** connect@e.connect.intuit.com
**Subject:** Payment received: Invoice 9990
**Date:** January 9, 2016 at 8:33 AM
**To:** signs@abaluxinc.com

 ## You received a payment

You received a payment of **$44.00** on invoice **9990**.

| | |
|---|---|
| **Payment amount** | $44.00 |
| **Paid to** | Abalux, Inc. |
| **Paid date** | January 9, 2016 |
| **Invoice no** | 9990 |

Funds will be deposited in your account in 2-3 business days.





© Intuit, Inc. All rights reserved. Privacy | Term

ABALUX 000449



**Abalux, Inc.**
2631 W. 81st Street
Hialeah, FL 33016
(305) 698-9192
signs@abaluxinc.com
http://www.abaluxinc.com

# INVOICE

**BILL TO**

P

**INVOICE #** 9992
**DATE** 12/16/2015
**DUE DATE** 12/16/2015

**PROJECT**
10643

| ACTIVITY | SQFT OR QTY | RATE | AMOUNT |
|----------|-------------|------|--------|
| REDACTED | REDACTED | | 20.00 |

Thank you for giving Abalux the opportunity to serve you.

**PAYMENT** 20.00
**BALANCE DUE** **$0.00**

Terms: It is agreed that the above work is custom-made;
therefore, this order is not subject to cancellation. No money
retained or returned may be used as credit for other signs or
services. All checks returned by the bank are subject to a $30
fee, and if a check is returned, payments must henceforth be paid
in cash. Payment in full is due upon completion of printed work or
installation of sign. Named customer contact personally
guarantees this invoice; should this account go to collection,
customer contact will be responsible for all costs of collection
and/or attorney's fees.

Abalux is a UL-Listed Sign Manufacturer.        ABALUX 000423

From: **QuickBooks Payments** connect@e.connect.intuit.com
Subject: Payment received: Invoice 9992
Date: January 11, 2016 at 12:38 PM
To: signs@abaluxinc.com

P
# Invoice 9992



 ## You received a payment

You received a payment of **$20.00** on invoice **9992**.

**Payment amount**     $20.00

**Paid to**            Abalux, Inc.

**Paid date**          January 11, 2016

**Invoice no**         9992

Funds will be deposited in your account in 2-3 business days.



 QuickBooks.

© Intuit, Inc. All rights reserved. Privacy | Term

ABALUX 000450



**Abalux, Inc.**
2631 W. 81st Street
Hialeah, FL 33016
(305) 698-9192
signs@abaluxinc.com
http://www.abaluxinc.com

# INVOICE

**BILL TO**

**JCS**

**INVOICE #** 10008
**DATE** 12/18/2015
**DUE DATE** 12/18/2015

**PROJECT**
REDACTED

| ACTIVITY | SQFT OR QTY | RATE | AMOUNT |
|----------|-------------|------|--------|
| REDACTED | REDACTED | | 208.00T |
| REDACTED | REDACTED | | 36.00T |
| REDACTED | REDACTED | | 40.00 |

PAID

Thank you for giving Abalux the opportunity to serve you!

Terms: It is agreed that the above work is custom-made; therefore, this order is not subject to cancellation. No money retained or returned may be used as credit for other signs or services. All checks returned by the bank are subject to a $30 fee, and if a check is returned, payments must henceforth be paid in cash. Payment in full is due upon completion of printed work or installation of sign. Named customer contact personally guarantees this invoice; should this account go to collection, customer contact will be responsible for all costs of collection and/or attorney's fees.

| | |
|---|---|
| SUBTOTAL | 284.00 |
| TAX (7%) | 17.08 |
| TOTAL | 301.08 |
| PAYMENT | 301.08 |
| BALANCE DUE | **$0.00** |

Abalux is a UL-Listed Sign Manufacturer.

ABALUX 000424

JCS
Invoice 10008
2nd Payment

ABALUX
2631 W 81ST ST
HIALEAH, FL 33016
305-698-9192

SALE

MID: 1034    Store: 0001  Term: 0002
REF#: 00000001
Batch #: 049    RRN: 604818603253
02/17/16                          13:27:23
INV ID: BATCH                        CIC W
Trans ID: 306048664434948
PO#: 10008
APPR CODE: 122573
VISA
                        Manual CNP

AMOUNT        $151.08

APPROVED

I AGREE TO PAY ABOVE TOTAL AMOUNT
IN ACCORDANCE WITH CARD ISSUER'S
AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
RETAIN THIS COPY FOR STATEMENT
VERIFICATION

THANK YOU!!!

MERCHANT COPY

ABALUX 000452



**Abalux, Inc.**
2631 W. 81st Street
Hialeah, FL 33016
(305) 698-9192
signs@abaluxinc.com
http://www.abaluxinc.com

# INVOICE

**BILL TO**

**JLIC**

**INVOICE #** 10011
**DATE** 12/21/2015
**DUE DATE** 12/21/2015

**PROJECT**
REDACTED

| ACTIVITY | SQFT OR QTY | RATE | AMOUNT |
|---|---|---|---|
| Permit Fees from Municipality | | | 130.00 |
| Permit Fees from Municipality | | | 374.60 |

Thank you for giving Abalux the opportunity to serve you!

| | |
|---|---|
| PAYMENT | 504.60 |
| BALANCE DUE | **$0.00** |

Terms: It is agreed that the above work is custom-made; therefore, this order is not subject to cancellation. No money retained or returned may be used as credit for other signs or services. All checks returned by the bank are subject to a $30 fee, and if a check is returned, payments must henceforth be paid in cash. Payment in full is due upon completion of printed work or installation of sign. Named customer contact personally guarantees this invoice; should this account go to collection, customer contact will be responsible for all costs of collection and/or attorney's fees.

↻ Receive Payment

AMOUNT RECEIVED
$1,147.00

⌕ ⊙ ✕

JLIC ▸

JLIC
Invoice 10011

**Payment date**
01/15/2016

**Payment method**          **Reference no.**          **Deposit to**          Amount received
Cash ▸                                                  Petty Cash ▸          1,147.00

## Outstanding Transactions

| Filter ▾ | All |

| | DESCRIPTION | DUE DATE | ORIGINAL AMOUNT | OPEN BALANCE | PAYMENT |
|---|---|---|---|---|---|
| ✓ | Invoice # 9533 (08/30/2015) | 08/30/2015 | 1,642.00 | 642.00 | 642.00 |
| ✓ | Invoice # 10011 (12/21/2015) | 12/21/2015 | 504.60 | 504.60 | 504.60 |
| ✓ | Invoice # 10135 (01/19/2016) | 01/19/2016 | 349.89 | 0.40 | 0.40 |

First Previous 1-3 of 3

ABALUX 000453



**Abalux, Inc.**
2631 W. 81st Street
Hialeah, FL 33016
(305) 698-9192
signs@abaluxinc.com
http://www.abaluxinc.com

# INVOICE

**BILL TO**

**MA:MI**

**INVOICE #** 10012
**DATE** 12/21/2015
**DUE DATE** 12/21/2015

---

**PROJECT**
REDACTED

| ACTIVITY | SQFT OR QTY | RATE | AMOUNT |
|---|---|---|---|
| REDACTED<br>Permit Fees from Municipality<br>Upfront Fee from Miami-Dade County (see receipt attached) | 1 | 130.00 | 130.00 |
| REDACTED<br>Permit Fees from Municipality<br>Balance of Fees from Miami-Dade County (see receipt attached) | 1 | 374.60 | 374.60 |

PAID

Thank you for giving Abalux the opportunity to serve you!

Terms: It is agreed that the above work is custom-made; therefore, this order is not subject to cancellation. No money retained or returned may be used as credit for other signs or services. All checks returned by the bank are subject to a $30 fee, and if a check is returned, payments must henceforth be paid in cash. Payment in full is due upon completion of printed work or installation of sign. Named customer contact personally guarantees this invoice; should this account go to collection, customer contact will be responsible for all costs of collection and/or attorney's fees.

| | |
|---|---|
| PAYMENT | 504.60 |
| BALANCE DUE | **$0.00** |

Abalux is a UL-Listed Sign Manufacturer.

ABALUX 000426



**Abalux, Inc.**
2631 W. 81st Street
Hialeah, FL 33016
(305) 698-9192
signs@abaluxinc.com
http://www.abaluxinc.com

# INVOICE

**BILL TO**

**MA:MI**

**INVOICE #** 10013
**DATE** 12/21/2015
**DUE DATE** 12/21/2015

---

**PROJECT**
REDACTED

| ACTIVITY | SQFT OR QTY | RATE | AMOUNT |
|---|---|---|---|
| REDACTED<br>Permit Fees from Municipality<br>Upfront Fee from City of Homestead (see receipt attached) | 1 | 50.00 | 50.00 |

Thank you for giving Abalux the opportunity to serve you!

Terms: It is agreed that the above work is custom-made;
therefore, this order is not subject to cancellation. No money
retained or returned may be used as credit for other signs or
services. All checks returned by the bank are subject to a $30
fee, and if a check is returned, payments must henceforth be paid
in cash. Payment in full is due upon completion of printed work or
installation of sign. Named customer contact personally
guarantees this invoice; should this account go to collection,
customer contact will be responsible for all costs of collection
and/or attorney's fees.

**PAYMENT**     50.00
**BALANCE DUE**     **$0.00**

Abalux is a UL-Listed Sign Manufacturer.     ABALUX 000427

**MA:MI**
# Invoice 10012 (1st Payment)
## and Invoice 10013

---

**Chase Online**                                   **Wednesday, August 02, 2017**

## Check Details for Check Number 2077

| Post Date | Amount | Account number | Routing number |
|---|---|---|---|
| 2016-01-25 00:00:00.0 | $2,613.33 | | |

## Check Images (Front and Back)





This information is provided for your convenience and does not replace your monthly account statement(s), which are the official records of your accounts and does not replace any other notice we send you. JPMorgan chase Bank, N.A. Member FDIC

---

ABALUX 000454

ABALUX
2631 W 81ST ST
HIALEAH, FL 33016
305-698-9192

## SALE

MID: 1034    Store: 0001  Term: 0002
                    REF#: 00000001
Batch #: 095    RRN: 611613001433
04/26/16                    09:50:10
AVS: EXACT MATCH                CVV: M
Trans ID: 586116498100833
PO#: 10012
APPR CODE: 379958
VISA                Manual CNP

## AMOUNT    $849.31

APPROVED

I AGREE TO PAY ABOVE TOTAL AMOUNT
IN ACCORDANCE WITH CARD ISSUER'S
AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
RETAIN THIS COPY FOR STATEMENT
VERIFICATION

THANK YOU!!!

MERCHANT COPY



**Abalux, Inc.**
2631 W. 81st Street
Hialeah, FL 33016
(305) 698-9192
signs@abaluxinc.com
http://www.abaluxinc.com

# INVOICE

**BILL TO**

**DDE**

**INVOICE #** 10016
**DATE** 12/21/2015
**DUE DATE** 12/21/2015

---

**PROJECT**
REDACTED

| ACTIVITY | SQFT OR QTY | RATE | AMOUNT |
|---|---|---|---|
| REDACTED | 1 | 130.50 | 130.50T |
| REDACTED | 1 | 145.00 | 145.00 |

Thank you for giving Abalux the opportunity to serve you!

Terms: It is agreed that the above work is custom-made; therefore, this order is not subject to cancellation. No money retained or returned may be used as credit for other signs or services. All checks returned by the bank are subject to a $30 fee, and if a check is returned, payments must henceforth be paid in cash. Payment in full is due upon completion of printed work or installation of sign. Named customer contact personally guarantees this invoice; should this account go to collection, customer contact will be responsible for all costs of collection and/or attorney's fees.

| | |
|---|---|
| SUBTOTAL | 275.50 |
| TAX (0%) | 0.00 |
| TOTAL | 275.50 |
| PAYMENT | 275.50 |
| BALANCE DUE | **$0.00** |

Abalux is a UL-Listed Sign Manufacturer.          ABALUX 000428



**Abalux, Inc.**
2631 W. 81st Street
Hialeah, FL 33016
(305) 698-9192
signs@abaluxinc.com
http://www.abaluxinc.com

# INVOICE

**BILL TO**

**DDE**

**INVOICE #** 10017
**DATE** 12/21/2015
**DUE DATE** 12/21/2015

---

**PROJECT**
REDACTED

| ACTIVITY | SQFT OR QTY | RATE | AMOUNT |
|---|---|---|---|
| REDACTED | 1 | 50.00 | 50.00T |

PAID

Thank you for giving Abalux the opportunity to serve you!

Terms: It is agreed that the above work is custom-made; therefore, this order is not subject to cancellation. No money retained or returned may be used as credit for other signs or services. All checks returned by the bank are subject to a $30 fee, and if a check is returned, payments must henceforth be paid in cash. Payment in full is due upon completion of printed work or installation of sign. Named customer contact personally guarantees this invoice; should this account go to collection, customer contact will be responsible for all costs of collection and/or attorney's fees.

| | |
|---|---|
| SUBTOTAL | 50.00 |
| TAX (0%) | 0.00 |
| TOTAL | 50.00 |
| PAYMENT | 50.00 |
| BALANCE DUE | **$0.00** |

Abalux is a UL-Listed Sign Manufacturer.

ABALUX 000429



**Abalux, Inc.**
2631 W. 81st Street
Hialeah, FL 33016
(305) 698-9192
signs@abaluxinc.com
http://www.abaluxinc.com

# INVOICE

**BILL TO**

**DDE**

**INVOICE #** 10044
**DATE** 12/29/2015
**DUE DATE** 12/29/2015

---

**PROJECT**
REDACTED

| ACTIVITY | SQFT OR QTY | RATE | AMOUNT |
|----------|-------------|------|--------|
| REDACTED | REDACTED | | 50.00T |
| | REDACTED | | -5.00T |

Thank you for giving Abalux the opportunity to serve you!

Terms: It is agreed that the above work is custom-made; therefore, this order is not subject to cancellation. No money retained or returned may be used as credit for other signs or services. All checks returned by the bank are subject to a $30 fee, and if a check is returned, payments must henceforth be paid in cash. Payment in full is due upon completion of printed work or installation of sign. Named customer contact personally guarantees this invoice; should this account go to collection, customer contact will be responsible for all costs of collection and/or attorney's fees.

| | |
|---|---|
| SUBTOTAL | 45.00 |
| TAX (0%) | 0.00 |
| TOTAL | 45.00 |
| PAYMENT | 45.00 |
| **BALANCE DUE** | **$0.00** |

Abalux is a UL-Listed Sign Manufacturer.

ABALUX 000435

**DDE**
**Invoices 10016, 10017 and 10044**

**Chase Online**            **Thursday, August 10, 2017**

### Check Details for Check Number 1266

| Post Date | Amount | Account number | Routing number |
|---|---|---|---|
| 2016-05-17 00:00:00.0 | $2,283.70 | | |

### Check Images (Front and Back)



This information is provided for your convenience and does not replace your monthly account statement(s).
which are the official records of your accounts and does not replace any other notice we send you.
JPMorgan chase Bank, N.A. Member FDIC

© 2017 JPMorgan Chase & Co.



**Abalux, Inc.**
2631 W. 81st Street
Hialeah, FL 33016
(305) 698-9192
signs@abaluxinc.com
http://www.abaluxinc.com

# INVOICE

BILL TO

**INVOICE #** 10018
**DATE** 12/21/2015
**DUE DATE** 12/21/2015

**JM3S/ATS**

PROJECT
   REDACTED

| ACTIVITY | SQFT OR QTY | RATE | AMOUNT |
|----------|-------------|------|--------|
| REDACTED | REDACTED | | 4,200.00T |
| REDACTED | REDACTED | | 3,300.00T |
| REDACTED | REDACTED | | 1,500.00T |

Thank you for giving Abalux the opportunity to serve you!

Terms: It is agreed that the above work is custom-made; therefore, this order is not subject to cancellation. No money retained or returned may be used as credit for other signs or services. All checks returned by the bank are subject to a $30 fee, and if a check is returned, payments must henceforth be paid in cash. Payment in full is due upon completion of printed work or installation of sign. Named customer contact personally guarantees this invoice; should this account go to collection, customer contact will be responsible for all costs of collection and/or attorney's fees.

| | |
|---|---|
| SUBTOTAL | 9,000.00 |
| TAX (0%) | 0.00 |
| TOTAL | 9,000.00 |
| PAYMENT | 9,000.00 |
| BALANCE DUE | **$0.00** |

Abalux is a UL-Listed Sign Manufacturer.    ABALUX 000430



From: **QuickBooks Payments** connect@e.connect.intuit.com
Subject: Payment received: Invoice 10018
Date: June 8, 2016 at 7:13 AM
To: signs@abaluxinc.com

 # You received a payment

You received a payment of **$150.00** on invoice **10018**.

| | |
|---|---|
| **Payment amount** | $150.00 |
| **Paid to** | Abalux, Inc. |
| **Paid date** | June 8, 2016 |
| **Invoice no** | 10018 |

Funds will be deposited in your account in 2-3 business days.



 © Intuit, Inc. All rights reserved. Privacy | Term

ABALUX 000458



From: **QuickBooks Payments** connect@e.connect.intuit.com
Subject: Payment received: Invoice 10018
Date: June 28, 2016 at 6:50 PM
To: signs@abaluxinc.com

 # You received a payment

You received a payment of **$250.00** on invoice **10018**.

| | |
|---|---|
| **Payment amount** | $250.00 |
| **Paid to** | Abalux, Inc. |
| **Paid date** | June 28, 2016 |
| **Invoice no** | 10018 |

Funds will be deposited in your account in 2-3 business days.





© Intuit, Inc. All rights reserved. Privacy | Term



**Abalux, Inc.**
2631 W. 81st Street
Hialeah, FL 33016
(305) 698-9192
signs@abaluxinc.com
http://www.abaluxinc.com

# INVOICE

| BILL TO | | |
|---|---|---|
| | **INVOICE #** 10022 | |
| JMI | **DATE** 12/22/2015 | |
| | **DUE DATE** 12/22/2015 | |

**PROJECT**
10660

| ACTIVITY | SQFT OR QTY | RATE | AMOUNT |
|---|---|---|---|
| REDACTED | | REDACTED | 32.00T |

*PAID*

Thank you for giving Abalux the opportunity to serve you!

Terms: It is agreed that the above work is custom-made; therefore, this order is not subject to cancellation. No money retained or returned may be used as credit for other signs or services. All checks returned by the bank are subject to a $30 fee, and if a check is returned, payments must henceforth be paid in cash. Payment in full is due upon completion of printed work or installation of sign. Named customer contact personally guarantees this invoice; should this account go to collection, customer contact will be responsible for all costs of collection and/or attorney's fees.

| | |
|---|---|
| SUBTOTAL | 32.00 |
| TAX (0%) | 0.00 |
| TOTAL | 32.00 |
| PAYMENT | 32.00 |
| BALANCE DUE | **$0.00** |

Abalux is a UL-Listed Sign Manufacturer.  ABALUX 000431

**From:** **QuickBooks Payments** connect@e.connect.intuit.com
**Subject:** Payment received: Invoice 10022
**Date:** January 4, 2016 at 9:30 PM
**To:** signs@abaluxinc.com

**JMI**
**Invoice 10022**



 ## You received a payment

You received a payment of **$32.00** on invoice **10022**.

| | |
|---|---|
| **Payment amount** | $32.00 |
| **Paid to** | Abalux, Inc. |
| **Paid date** | January 5, 2016 |
| **Invoice no** | 10022 |

Funds will be deposited in your account in 2-3 business days.





© Intuit, Inc. All rights reserved. Privacy | Term



**Abalux, Inc.**
2631 W. 81st Street
Hialeah, FL 33016
(305) 698-9192
signs@abaluxinc.com
http://www.abaluxinc.com

# INVOICE

**BILL TO**

**SAS**

**INVOICE #** 10024
**DATE** 12/22/2015
**DUE DATE** 12/22/2015

**PROJECT**

REDACTED

| ACTIVITY | SQFT OR QTY | RATE | AMOUNT |
|---|---|---|---|
| REDACTED | REDACTED | | 1,200.00T |

PAID

Thank you for giving Abalux the opportunity to serve you!

Terms: It is agreed that the above work is custom-made; therefore, this order is not subject to cancellation. No money retained or returned may be used as credit for other signs or services. All checks returned by the bank are subject to a $30 fee, and if a check is returned, payments must henceforth be paid in cash. Payment in full is due upon completion of printed work or installation of sign. Named customer contact personally guarantees this invoice; should this account go to collection, customer contact will be responsible for all costs of collection and/or attorney's fees.

| | |
|---|---|
| SUBTOTAL | 1,200.00 |
| TAX (7%) | 84.00 |
| TOTAL | 1,284.00 |
| PAYMENT | 1,284.00 |
| BALANCE DUE | **$0.00** |

Abalux is a UL-Listed Sign Manufacturer.        ABALUX 000432

ABALUX
2631 W 81ST ST
HIALEAH, FL 33016
305-698-9192

## SALE

MID: 1034    Store: 0001  Term: 0002
                    REF#: 00000001
Batch #: 037     RRN: 602716401938
01/27/16                    1137:21
AVS: EXACT MATCH            CVC: M
Trans ID: 466027598411141
PO#: 10024
APPR CODE: 013711
VISA              Manual CNP

**AMOUNT**      **$600.00**

APPROVED

I AGREE TO PAY ABOVE TOTAL AMOUNT
IN ACCORDANCE WITH CARD ISSUER'S
AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
RETAIN THIS COPY FOR STATEMENT
VERIFICATION

THANK YOU!!

MERCHANT COPY

**SAS**
**Invoice 10024**
**2nd Payment**

Chase Online                              **Thursday, August 10, 2017**

**Check Details for Check Number 2006**

| Post Date | Amount | Account number | Routing number |
|-----------|--------|----------------|----------------|
| 2016-02-05 00:00:00.0 | $1,204.60 | | |

**Check Images (Front and Back)**

**WELLS FARGO BANK**                2006
WESTLAND  1900 W 48TH ST  HIALEAH, FL 33012
DATE  2/5/16

PAY TO THE ORDER OF  *Abalux*                         $ 1,204.60

*One thousand two hundred four and 60/100*          DOLLARS

SAS

FOR DEPOSIT ONLY
ABALUX, INC.

This information is provided for your convenience and does not replace your monthly account statement(s).
which are the official records of your accounts and does not replace any other notice we send you.
JPMorgan chase Bank, N.A. Member FDIC

© 2017 JPMorgan Chase & Co.



**Abalux, Inc.**
2631 W. 81st Street
Hialeah, FL 33016
(305) 698-9192
signs@abaluxinc.com
http://www.abaluxinc.com

# INVOICE

**BILL TO**

**AM**

**INVOICE #** 10029
**DATE** 12/22/2015
**DUE DATE** 12/22/2015

---

**PROJECT**
REDACTED

| ACTIVITY | SQFT OR QTY | RATE | AMOUNT |
|---|---|---|---|
| REDACTED | REDACTED | | 3,960.00T |

***Note: Permit Processing is not included.  Securing permits, if required, will be the responsibility of the customer.***

Thank you for giving Abalux the opportunity to serve you!

Terms: It is agreed that the above work is custom-made; therefore, this order is not subject to cancellation.  No money retained or returned may be used as credit for other signs or services.  All checks returned by the bank are subject to a $30 fee, and if a check is returned, payments must henceforth be paid in cash.  Payment in full is due upon completion of printed work or installation of sign.  Named customer contact personally guarantees this invoice; should this account go to collection, customer contact will be responsible for all costs of collection and/or attorney's fees.

| | |
|---|---|
| SUBTOTAL | 3,960.00 |
| TAX (7%) | 277.20 |
| TOTAL | 4,237.20 |
| PAYMENT | 4,237.20 |
| BALANCE DUE | **$0.00** |

Abalux is a UL-Listed Sign Manufacturer.

ABALUX 000433

ABALUX
2631 W 81ST ST
HIALEAH, FL 33016
305-898-9192

## SALE

MID: 1034   Store: 0001   Term: 0002
REF# 00000005
Batch #: 082   RRN: 609718400287
04/06/16                     14:49:53
AVS: EXACT MATCH              CVC: M
Trans ID: 0406WDBNA4ZCK
PO#: 10029
APPR CODE: 124897
MASTERCARD            Manual CNP

## AMOUNT        $1,897.20

APPROVED

I AGREE TO PAY ABOVE TOTAL AMOUNT
IN ACCORDANCE WITH CARD ISSUER'S
AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
RETAIN THIS COPY FOR STATEMENT
VERIFICATION

THANK YOU!!

MERCHANT COPY

THANK YOU!!

MERCHANT COPY

ABALUX 000464



**Abalux, Inc.**
2631 W. 81st Street
Hialeah, FL 33016
(305) 698-9192
signs@abaluxinc.com
http://www.abaluxinc.com

# INVOICE

**BILL TO**

P

**INVOICE #** 10038
**DATE** 12/28/2015
**DUE DATE** 12/28/2015

---

**PROJECT**

REDACTED

| ACTIVITY | SQFT OR QTY | RATE | AMOUNT |
|---|---|---|---|
| REDACTED | | | |
| | 1 | -100.00 | -100.00 |

It is agreed that the above work is custom-made; therefore, this order is not subject to cancellation. No money retained or returned may be used as credit for other signs or services. All checks returned by the bank are subject to a $30 fee, and if a check is returned, payments must henceforth be paid in cash. Payment in full is due upon completion of work.

Thank you for giving Abalux the opportunity to serve you!

| | |
|---|---|
| PAYMENT | 1,600.00 |
| BALANCE DUE | **$0.00** |

From: **QuickBooks Payments** connect@e.connect.intuit.com
Subject: Payment received: Invoice 10038
Date: January 7, 2016 at 6:21 AM
To: signs@abaluxinc.com

**P**
**Invoice 10038**
**1st Payment**



 ## You received a payment

You received a payment of **$1,000.00** on invoice **10038**.

| | |
|---|---|
| **Payment amount** | $1,000.00 |
| **Paid to** | Abalux, Inc. |
| **Paid date** | January 7, 2016 |
| **Invoice no** | 10038 |

Funds will be deposited in your account in 2-3 business days.





© Intuit, Inc. All rights reserved. Privacy | Term

ABALUX 000465



From: **QuickBooks Payments** connect@e.connect.intuit.com
Subject: Payment received: Invoice 10038
Date: February 4, 2016 at 10:22 AM
To: signs@abaluxinc.com

---

 ## You received a payment

You received a payment of **$300.00** on invoice **10038**.

| | |
|---|---|
| **Payment amount** | $300.00 |
| **Paid to** | Abalux, Inc. |
| **Paid date** | February 4, 2016 |
| **Invoice no** | 10038 |

Funds will be deposited in your account in 2-3 business days.



 **QuickBooks.**

© Intuit, Inc. All rights reserved. Privacy | Term

ABALUX 000466

**From:** **QuickBooks Payments** connect@e.connect.intuit.com
**Subject:** Payment received: Invoice 10038
**Date:** February 8, 2016 at 12:39 PM
**To:** signs@abaluxinc.com



**P**
**Invoice 10038**
**3rd Payment**

 ## You received a payment

You received a payment of **$100.00** on invoice **10038**.

| | |
|---|---|
| **Payment amount** | $100.00 |
| **Paid to** | Abalux, Inc. |
| **Paid date** | February 8, 2016 |
| **Invoice no** | 10038 |

Funds will be deposited in your account in 2-3 business days.





© Intuit, Inc. All rights reserved. Privacy | Term

ABALUX 000467



From: **QuickBooks Payments** connect@e.connect.intuit.com
Subject: Payment received: Invoice 10038
Date: February 9, 2016 at 11:19 AM
To: signs@abaluxinc.com

 ## You received a payment

You received a payment of **$200.00** on invoice **10038**.

| | |
|---|---|
| **Payment amount** | $200.00 |
| **Paid to** | Abalux, Inc. |
| **Paid date** | February 9, 2016 |
| **Invoice no** | 10038 |

Funds will be deposited in your account in 2-3 business days.



View invoice



© Intuit, Inc. All rights reserved. Privacy | Term

ABALUX 000468



**Abalux, Inc.**
2631 W. 81st Street
Hialeah, FL 33016
(305) 698-9192
signs@abaluxinc.com
http://www.abaluxinc.com

# INVOICE

**BILL TO**

LoD

**INVOICE #** 10046
**DATE** 12/29/2015
**DUE DATE** 12/29/2015

---

**PROJECT**
REDACTED

| ACTIVITY | SQFT OR QTY | RATE | AMOUNT |
|---|---|---|---|
| REDACTED | REDACTED | | 768.00T |
| | REDACTED | | 160.00 |

Thank you for giving Abalux the opportunity to serve you!

Terms: It is agreed that the above work is custom-made; therefore, this order is not subject to cancellation. No money retained or returned may be used as credit for other signs or services. All checks returned by the bank are subject to a $30 fee, and if a check is returned, payments must henceforth be paid in cash. Payment in full is due upon completion of printed work or installation of sign. Named customer contact personally guarantees this invoice; should this account go to collection, customer contact will be responsible for all costs of collection and/or attorney's fees.

| | |
|---|---|
| SUBTOTAL | 928.00 |
| TAX (7%) | 53.76 |
| TOTAL | 981.76 |
| PAYMENT | 981.76 |
| BALANCE DUE | **$0.00** |

Abalux is a UL-Listed Sign Manufacturer.           ABALUX 000436

ABALUX
2631 W 81ST ST
HIALEAH, FL 33016
305-698-9192

SALE

MID: 1034    Store: 0001  Term: 0002
                    REF#: 00000002
Batch #: 023     RRN: 600618604482
01/06/16                         13:44:42
AVS: EXACT MATCH                    CVC: M
Trans ID: 306006656823086
PO#: 10046
APPR CODE: 03319D
VISA                        Manual CNP_

AMOUNT      $490.88

APPROVED

I AGREE TO PAY ABOVE TOTAL AMOUNT
IN ACCORDANCE WITH CARD ISSUER'S
AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
RETAIN THIS COPY FOR STATEMENT
VERIFICATION

THANK YOU!!!

MERCHANT COPY
MERCHANT COPY

ABALUX 000470



**Abalux, Inc.**
2631 W. 81st Street
Hialeah, FL 33016
(305) 698-9192
signs@abaluxinc.com
http://www.abaluxinc.com

# INVOICE

**BILL TO**

JTF:MM

**INVOICE #** 10050
**DATE** 12/29/2015
**DUE DATE** 12/29/2015

**PROJECT**

redacted

| ACTIVITY | SQFT OR QTY | RATE | AMOUNT |
|---|---|---|---|
| REDACTED | REDACTED | | 30.00T |
| REDACTED | REDACTED | | 80.00T |
| REDACTED | REDACTED | | 30.00T |
| REDACTED | REDACTED | | 30.00T |
| REDACTED | REDACTED | | 30.00T |
| REDACTED | REDACTED | | 48.00T |
| REDACTED | REDACTED | | 96.00T |
| REDACTED | REDACTED | | 45.00T |

PAID

Abalux is a UL-listed sign manufacturer.

Terms: It is agreed that the above work is custom-made;
therefore, this order is not subject to cancellation. No money
retained or returned may be used as credit for other signs or
services. All checks returned by the bank are subject to a $30
fee, and if a check is returned, payments must henceforth be paid
in cash. Payment in full is due upon completion of printed work or
installation of sign. Named customer contact personally
guarantees this invoice; should this account go to collection,
customer contact will be responsible for all costs of collection
and/or attorney's fees.

| | |
|---|---|
| SUBTOTAL | 389.00 |
| TAX (7%) | 27.23 |
| TOTAL | 416.23 |
| PAYMENT | 416.23 |
| BALANCE DUE | **$0.00** |

Abalux is a UL-Listed Sign Manufacturer.          ABALUX 000437

**JTF:MM**
**Invoice 10050**

**Chase Online**                                    **Thursday, August 10, 2017**

### Check Details for Check Number 41351030

| Post Date | Amount | Account number | Routing number |
|-----------|--------|----------------|----------------|
| 2016-02-16 00:00:00.0 | $416.23 | | |

### Check Images (Front and Back)



882808914

This information is provided for your convenience and does not replace your monthly account statement(s),
which are the official records of your accounts and does not replace any other notice we send you.
JPMorgan chase Bank, N.A. Member FDIC

© 2017 JPMorgan Chase & Co.



**Abalux, Inc.**
2631 W. 81st Street
Hialeah, FL 33016
(305) 698-9192
signs@abaluxinc.com
http://www.abaluxinc.com

# INVOICE

**BILL TO**

**SAS**

**INVOICE #** 10057
**DATE** 12/30/2015
**DUE DATE** 12/30/2015

**PROJECT**
10747

| ACTIVITY | SQFT OR QTY | RATE | AMOUNT |
|---|---|---|---|
| REDACTED | REDACTED | | 78.00T |

Thank you for giving Abalux the opportunity to serve you.

Terms: It is agreed that the above work is custom-made; therefore, this order is not subject to cancellation. No money retained or returned may be used as credit for other signs or services. All checks returned by the bank are subject to a $30 fee, and if a check is returned, payments must henceforth be paid in cash. Payment in full is due upon completion of printed work or installation of sign. Named customer contact personally guarantees this invoice; should this account go to collection, customer contact will be responsible for all costs of collection and/or attorney's fees.

| | |
|---|---|
| SUBTOTAL | 78.00 |
| TAX (7%) | 5.46 |
| TOTAL | 83.46 |
| PAYMENT | 83.46 |
| BALANCE DUE | **$0.00** |

PAID

Abalux is a UL-Listed Sign Manufacturer.

ABALUX 000439

ABALUX
2631 W 81ST ST
HIALEAH, FL 33016
305-698-9192

## SALE

MID: 1034    Store: 0001   Term: 0002
                    REF# 00000001
Batch #: 022    RRN: 600500406273
01/04/16                        19:34:00
Trans ID: 306005020404357
APPR CODE: 172304
VISA                        Chip

## AMOUNT       $83.46

APPROVED

## SAS

I AGREE TO PAY ABOVE TOTAL AMOUNT
IN ACCORDANCE WITH CARD ISSUER'S
AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
RETAIN THIS COPY FOR STATEMENT
VERIFICATION

THANK YOU!!

MERCHANT COPY