UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case No. 16-cv-20872-LENARD

JESUS LAZARO COLLAR, on
Behalf of himself and others similarly situated

      Plaintiff,

v.

ABALUX INC. and JUAN D. CABRAL,

      Defendants.
_____/

## MOTION FOR ISSUANCE OF CONTINUING WRIT OF GARNISHMENT AGAINST SALARY OR WAGES AFTER JUDGMENT

      ABALUX, INC. and JUAN D. CABRAL, Defendants by and through undersigned Counsel, pursuant to Florida Statute 77.0305, move the Court for an order directing the Clerk of Court to issue a continuing writ of garnishment against wages and salary after judgment as to Garnishee Adwave Graphics, Inc. and as grounds therefore, state as follows:

1.     On 2/26/18, the Court entered a Final Judgment of taxable costs in the amount of $2146.65 in favor of the Defendants as well as a judgment for non-taxable costs in the amount $425.06 in favor of Defendants. The total sum owed by Plaintiff is $2571.71 plus interest (at the daily rate of $.13) of $4.54 calculated from 1/22/18 for a total amount of $2576.25.

2.     Plaintiff JESUS LAZARO COLLAR is employed by Adwave Graphics, Inc. 35 NW 27th Avenue, Miami, FL 33125.

3.      It is unknown whether JESUS LAZARO COLLAR has any personal property from which to satisfy the judgment and interest and therefore, Defendants intend to garnish his wages to satisfy their debt.

4.      Attached to this motion is the Continuing Writ of Garnishment against wages and salary to Garnishee Adwave Graphics, Inc. to be issued by the Clerk of Court with a copy of the statutory notice required by Section 77.041, F.S.

5.      Defendants certify that they conferred with Plaintiff's counsel regarding this motion before filing it and Plaintiff's counsel's opposes the relief sought.

WHEREFORE, Defendants move this Court to direct the Clerk's Office to issue the attached Continuing Writ of Garnishment against Plaintiff's wages and salary to Garnishee Adwave Graphics, Inc. in the amount of **$2,576.25**.

Respectfully Submitted,

LANGBEIN & LANGBEIN, P.A.
Counsel for the Defendants
8181 NW 154th Street, Suite 105
Miami Lakes, FL 33016
Tel: (305) 556-3663
Fax: (305) 556-3647
Email: langbeinpa@bellsouth.net

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed electronically on March 7, 2018 through CM/ECF and that a copy of the foregoing will be served via notification through CM/ECF on all counsel or parties of record.

By: Leslie W. Langbein,
       Leslie W. Langbein, Esq.
       Fla. Bar No. 305391

<u>SERVICE LIST</u>

J. H. Zidell, Esq.
K. David Kelly, Esq.
Rivkah Jaff, Esq.
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Attorney for the Plaintiff
Email: zabogado@aol.com