UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case No. 16-cv-20872-LENARD/GOODMAN

JESUS LAZARO COLLAR, on
Behalf of himself and others similarly situated

    Plaintiff,

v.

ABALUX INC. and JUAN D. CABRAL,

    Defendants/Garnishor
_____/

<u>WRIT OF CONTINUING GARNISHMENT AGAINST SALARY OR WAGES</u>
(After Judgment)

THE STATE OF FLORIDA:

*To The U.S. Marshall, Each Sheriff of the State and any person over 18 years of age who is not a party to this action:*

    YOU ARE COMMANDED to summon the garnishee, ADWAVE GRAPHICS, INC.. by serving: Registered Agent: Alejandro Soto, 35 NW 27th Avenue, Miami, FL 33125 who is required to serve an answer to the writ on **Leslie W. Langbein, Esq., Garnishor's attorney, whose address is 8181 NW 154th Street, Suite 105, Miami Lakes, FL 33016** within **20** days after service of this writ, exclusive of the day of service, and to file the original with the Clerk of Court, either before service on the attorney or immediately thereafter. The answer shall state: whether the garnishee is the employer of **Jesus Lazaro Collar** and whether the garnishee is indebted to **Jesus Lazaro Collar** by reason of salary or wages. The garnishee's answer also shall specify: 1) the amount of disposable wages (as defined in the attached instructions) paid to **Jesus Lazaro Collar;** 2) the periods of payment (for example, weekly, bi-weekly or monthly), 3) If **Jesus Lazaro**

**Collar** is not employed at the time of service of this Write,  when were his services were terminated; 4) whether the garnishee was indebted to **Jesus Lazaro Collar** at the time of service of the writ  or at the time of its answer, or during the intervening time, and in what sum or sums; 5) whether garnishee has or not in its possession or under its control tangible or intangible personal property of  **Jesus Lazaro Collar** at the time of  service of this writ, or when it makes its answer or at any time between such times; and 6) whether the garnishee is aware of any other person indebted to **Jesus Lazaro Collar** or who may have any of the property of **Jesus Lazaro Collar** in its possession or control; amount of salary or wages and be based on  **Jesus Lazaro Collar** earnings for the pay period during which the writ is served on the garnishee.

During each pay period, a portion of **Jesus Lazaro Collar's** salary or wages as it becomes due shall be held and not disposed of or transferred until further order of this court.  The amount of salary or wages to be withheld for each pay period shall be made in accordance with the following paragraph.  This writ shall continue until Garnishor's judgment is paid in full or until otherwise provided by court order.

**Federal law (15 U.S.C. §§1671-1673) limits the amount to be withheld from salary or wages to no more than 25% of any individual defendant's disposable earnings (the part of earnings remaining after the deduction of any amounts required by law to be deducted) for any pay period or to no more than the amount by which the individual's disposable earnings for the pay period exceed 30 times the federal minimum hourly wage, whichever is less.**

For administrative costs, the garnishee may collect $5.00 against the salary or wages of **Jesus Lazaro Collar** for the first deduction and $2.00 for each deduction thereafter.

The total amount of the final judgment outstanding as set out in Garnishor's motion is $2571.71 with interest on the principle sum accruing at the rate of 1.79 % per annum ($.13 per day) from date of entry of the judgment on 1/22/18.

**FAILURE TO FILE AN ANSWER WITHIN THE TIME REQUIRED MAY RESULT IN THE ENTRY OF JUDGMENT AGAINST THE GARNISHEE FOR THE TOTAL AMOUNT OF DUE AS OF THE DATE OF SERVICE OF THIS WRIT.**

Issued this the day _____ day of March, 2018

STEVEN M. STEVE LARIMORE, CLERK OF COURT

By: _____
         Deputy Clerk