## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of FLORIDA

Case Number: 16-CV-20872-JAL

Plaintiff:
**JESUS LAZARO COLLAR**

vs.

Defendant:
**ABALUX, INC. AND JUAN D. CABRAL**

For:
Leslie W. Langbein, Esq.
LANGBEIN & LANGBEIN, P.A.
8181 Nw 154th Street
Suite 105
Miami Lakes, FL 33016

Received by Countywide Process Service on the 7th day of June, 2018 at 1:54 pm to be served on **R/C ADWARE GRAPHICS, INC., 35 NW 27 AVENUE, MIAMI, FL 33125**.

I, Ileana Lopez, do hereby affirm that on the **15th day of June, 2018** at **10:00 am**, I:

**Service on corporation:** pursuant to F.S. 48.081(3)(a) by delivering a copy of this process, **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES, EXHIBIT "A" TO TO SUBPOENA DUCES TECUM ISSUED TO ADWARE GRAPHICS, INC., DECLARATION OF AUTHENTICITY, WITNESS CHECK FOR $45.00** to: **KYANA PEREIRA** as **AUTHORIZED AGENT** at the address of: **35 NW 27 AVENUE, MIAMI, FL 33125** with this date and time of service endorsed thereon by me, to an employee of said corporation, and informing said person of the contents therein. Service was rendered after said corporation failed to have a registered agent available for service of process, in accordance with F.S. 48.091 and informing said person of the contents thereof, pursuant to F.S.48.081(3)(a).

Under penalty of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true and correct. I am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I am over the age of eighteen, and have no interest in the above action. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

**Ileana Lopez**
1329

**Countywide Process Service
& Investigations**
12260 S.W. 132 Court, Suite 113
Miami, FL 33186
(305) 234-5858

Our Job Serial Number: JGR-2018010293

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2n