UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case No. 16-cv-20872-LENARD/GOODMAN

JESUS LAZARO COLLAR,

    Plaintiff,

v.

ABALUX INC. and
JUAN D. CABRAL,

    Defendants.
_____/

NOTICE OF FILING 7/3/18 HEARING EXHIBITS

Defendants, ABALUX, INC. and JUAN D. CABRAL, give notice of filing Exhibits 1, 3 and 4 which were offered into and accepted as evidence, and Exhibit 2 which was marked for identification, at the 7/3/18 hearing before the Honorable Jonathan Goodman. The exhibits have been redacted to protect confidential and personally identifiable information.

    Respectfully Submitted

    LANGBEIN & LANGBEIN, PA
    Counsel for the Defendants
    8181 NW 154th Street, Suite 105
    Miami Lakes, FL 33016
    Tel: (305) 556-3663
    Fax: (305) 556-3647
    Email: langbeinpa@bellsouth.net

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing was filed electronically on 7/6/18 through CM/ECF and that a copy of the foregoing will be served via notification through CM/ECF on all counsel for the parties of record or unrepresented parties on the attached service list:

By: /s/ Leslie W. Langbein
Leslie W. Langbein, Esq.
Fla. Bar No. 305391

## SERVICE LIST

J. H. Zidell, Esq.
K. David Kelly, Esq.
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Attorney for the Plaintiff
Email: zabogado@aol.com