UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 16-cv-20872-LENARD/GOODMAN

JESUS LAZARO COLLAR,

    Plaintiff,

v.

ABALUX INC. and JUAN D. CABRAL,

    Defendants.
_____/

## NOTICE OF FILING

Defendants, ABALUX, INC. and JUAN D. CABRAL, give notice of filing:

1.     Declaration of Leslie W. Langbein dated 7/10/18

2.     Langbein & Langbein, P.A. billing statement dated 7/10/18

3.     Proof of Costs

in compliance with the Court's 7/5/18 order.

    Respectfully Submitted,

    LANGBEIN & LANGBEIN, P.A.
    Counsel for the Defendants
    8181 NW 154 St., Suite 105
    Miami Lakes, FL. 33016
    Ph: 305-556-3663
    Fax: 305-556-3647
    Email: langbeinpa@bellsouth.net

    By: /s/ Leslie W. Langbein
        Leslie W. Langbein, Esq.
        Fla. Bar No. 305391

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed electronically on 7/10/18 through CM/ECF and that a copy of the foregoing will be served via notification through CM/ECF on all counsel or parties of record on the attached service list:

By: /s/ Leslie W. Langbein
Leslie W. Langbein, Esq.

**SERVICE LIST**

J. H. Zidell, Esq.
K. David Kelly, Esq.
Rivkah Jaff, Esq.
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Attorney for the Plaintiff
Email: zabogado@aol.com