UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 16-20872-CIV-JAL

JESUS LAZARO COLLAR and all others )
similarly situated under 29 U.S.C. 216(b), )
         Plaintiff, )
  vs. )
 )
ABALUX, INC, )
JUAN D CABRAL, )
         Defendants. )
_____ )

**PARTIALLY UNOPPOSED MOTION FOR ENLARGMENT
TO FILE OBJECTIONS UNDER [DE 157]**

**COMES NOW** Plaintiff's Counsel and the undersigned Firm, and hereby file this Motion as follows:

**MEMORANDUM OF LAW AND ARGUMENT**

Under [DE 157], the Magistrate gave Counsel and the undersigned Firm until 7/20/18 to file objections. For the following reasons, an enlargement until 8/10/18 is requested.

The undersigned is starting a new job on Monday, and will no longer be employed at the undersigned Firm ending tomorrow 7/13/18. The undersigned Firm has not yet hired a replacement for the undersigned attorney, and such presents a time burden coupled with other professional obligations. Upon the undersigned attorney's departure, the undersigned Firm, J.H. Zidell, PA, will be filing the objections under [DE 157] on behalf of both the undersigned Firm and Counsel. The undersigned attorney will not be filing separate objections, because the undersigned Firm will object on behalf of the Firm and Counsel, and will otherwise be filing any relevant pleadings concerning the sanctions on behalf of both the Firm and Counsel.

Along with other professional obligations, the Firm has an Eleventh Circuit appellate oral argument on 7/20/18 in *Hernandez v. Acosta*, 17-13673-JJ/17-13057-JJ; an upcoming trial in the Eleventh Circuit in and for Miami-Dade County in *Mitchells Lawn v. Mirandas Lawn*, 2009-69166 commencing 7/30/18 before Judge Cynamon; and also an upcoming trial in the Southern District of Florida in *Rodriguez v. RCH Lawn*, 17-23012 commencing 8/6/18 before Judge Martinez.

The request for enlargement is not for purposes of delay, and no current scheduling order will be impacted and this matter is on appeal.  *See, Sosa v. Airport Systems, Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998); *Michael Grecco Photography, Inc. v. Everett Collection, Inc*., No. 07-CIV-8171, 2008 WL 4580024, *3-4 (S.D.N.Y. 10/14/08).  Good cause is shown for an enlargement through until 8/10/18.

WHEREFORE Counsel and the undersigned Firm request through 8/10/18 to file objections under [DE 157].  J.H. Zidell, P.A. will be filing the objections (and any related sanctions pleadings) on behalf of both Counsel and the Firm as the undersigned will no longer be actively working on this matter.

## CERTIFICATE OF CONFERRAL

In conferral, defense counsel Leslie Langbein, Esq. responded in an e-mail that she would not oppose a shorter extension of one week or until 7/27/18.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:_____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 7/12/18 TO:**

**ALL CM/ECF RECIPIENTS**

**LESLIE W. LANGBEIN, ESQ.**
**LANGBEIN & LANGBEIN**
**ATTORNEYS FOR DEFENDANT**
**8181 NW 154 STREET**
**SUITE 105**
**MIAMI LAKES, FLORIDA 33016**

**BY:__ /s/ K. DAVID KELLY _____**
**K. DAVID KELLY, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 16-20872-CIV-JAL

JESUS LAZARO COLLAR and all others )
similarly situated under 29 U.S.C. 216(b), )
       Plaintiff, )
 vs. )
 )
 )
ABALUX, INC, )
JUAN D CABRAL, )
       Defendants. )
_____ )

### ORDER GRANTING PARTIALLY UNOPPOSED MOTION FOR ENLARGMENT TO FILE OBJECTIONS UNDER [DE 157]

This cause, having come before the Court on the above-described Motion, and the Court being duly advised in the premises, it is ORDERED and ADJUDGED that said motion is granted and therefore:

J.H. Zidell, PA has an extension through 8/10/18 to file objections under [DE 157] on behalf of both the Firm and Counsel.

DONE AND ORDERED in chambers in Miami, Florida, on this _____ day of _____, 201___.

_____
JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

Copies to: Counsel of Record