UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 16-20872-JAL

JESUS LAZARO COLLAR and all others          )
similarly situated under 29 U.S.C. 216(b),  )
          Plaintiff,          )
   vs.                                  )
                                             )
ABALUX, INC,                                 )
JUAN D CABRAL,                               )
        Defendants.          )
                                             )
———————————————————————  )

## NOTICE OF DISASSOCIATION OF COUNSEL

1.   The Plaintiff(s) in this action is/are represented by the firm, J.H. Zidell, P.A. The undersigned has been employed by the firm, J.H. Zidell, P.A., and in the course of representation, the undersigned was associated as representing the Plaintiff(s) in this action. As of 7/13/18, the undersigned will no longer be employed by the firm of J.H. Zidell, P.A.

2.   As the undersigned will no longer be employed by the firm, J.H. Zidell, P.A., the undersigned will no longer actively represent the Plaintiff(s) in this action. However, the Plaintiff(s) remain represented by the firm J.H. Zidell, P.A. and its constituent attorneys.  The undersigned is taking no clients from J.H. Zidell, PA, and all clients shall remain represented by J.H. Zidell, P.A. and its constituent attorneys.

3.   However, as indicated in [DE 159], J.H. Zidell, PA will continue to file any necessary pleadings regarding [DE 157] and [DE 152] on behalf of Counsel (including the undersigned) and the Firm.  The undersigned attorney will not be filing separate objections, because the undersigned Firm will object on behalf of the Firm and Counsel, and will otherwise be filing any relevant pleadings concerning the sanctions on behalf of both the Firm and Counsel.

WHEREFORE, the undersigned notices the Court and Parties that the undersigned will no longer be employed at J.H. Zidell, PA as discussed above, and will not be actively representing the Plaintiff or otherwise actively performing legal work at the undersigned Firm.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FL 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:_____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING VIA SAME ON 7/12/18 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:___/s/___K. David Kelly_____**
**K. DAVID KELLY, ESQ.**