UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-20872-CIV-LENARD/GOODMAN

JESUS LAZARO COLLAR,

    Plaintiff,

v.

ABALUX INC., et al.,

    Defendants.

_____/

### ORDER GRANTING PARTIALLY UNOPPOSED MOTION FOR ENLARGEMENT TO FILE OBJECTIONS UNDER [ECF NO. 157]

This cause, having come before the Court on the above-described Motion, and the Court being duly advised in the premises, it is ORDERED and ADJUDGED that said motion is granted and therefore:

J.H. Zidell, PA has an extension through August 10, 2018 to file objections under [ECF No. 157] on behalf of both the Firm and Counsel.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on July 13, 2018.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**

Honorable Joan A. Lenard
All Counsel of Record