IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 16-cv-20872-LENARD/GOODMAN

JESUS LAZARO COLLAR,

    Plaintiff,
v.

ABALUX INC. and
JUAN D. CABRAL,

    Defendants.
_____/

## DEFENDANTS' MOTION TO AMEND COST JUDGMENT [DE 117]

Defendants, ABALUX, INC. ("ABALUX") and JUAN D. CABRAL, through undersigned counsel and pursuant to Appellate Rule 39(e) (or Rules 54 or 59 should the Court find either applicable), move the Court to amend the cost judgment entered on 2/26/18 [DE 117] and as grounds therefore state:

1. On 2/26/18, the Court entered a judgment for costs against Plaintiff in the amount of $2,517.17 (which consisted of the $2,146.65 costs awarded plus $425.06 that was collectible from Plaintiff's counsel if Plaintiff could not pay). Plaintiff thereafter appealed the final judgment entered by the Court to the Eleventh Circuit Court of Appeals. [DE 118].

2. On 7/22/18, the Eleventh Circuit affirmed the final judgment in favor of Defendants. Defendants filed a Bill of Costs (with supporting documents) in the Eleventh Circuit. See, attached Exhibit "A". Appellate costs in the amount of $201.50 were taxed against Plaintiff by the Clerk of the Eleventh Circuit on 8/7/18. The Eleventh Circuit Court's mandate including costs was issued on 8/15/18.

4. At an evidentiary hearing held before Magistrate Judge Goodman on 7/3/18, Plaintiff testified that he did not have the means to pay $425.06. See Exhibit "B". Defendants, therefore, move the Court to amend its order taxing costs and to require Plaintiff's counsel to pay the $425.06 <u>*without need for execution*</u> as the costs were granted by Magistrate Judge Goodman on 6/12/17 [DE 39] under Rule 37 and arose out of a discovery proceeding.

5. Costs against Plaintiff now total $2,348.15, excluding the $425.06 which Defendants seek from Plaintiff's Counsel.

6. Appellate Rule 39(e) permits a district court to tax appellate costs. Defendants seek entry of a judgment for appellate costs in addition to an amendment to this Court's previously entered cost judgment.

7. Defendants certify that they made a good faith effort to confer with Plaintiff's counsel via email sent on 8/30/18 and 8/31/18, [1] each of which requested to confer about the relief sought in this motion. Plaintiff's counsel responded to the third email and requested to know the total costs Defendants were seeking in the motion. That information was immediately provided. Thereafter, Plaintiff's Counsel failed to respond to two follow-up email seeking conferral.

<u>Memorandum of Law</u>

Appellate Rule 39(e) permits a district court to enter a judgment for appellate costs that have been set and awarded by an appellate court mandate. *Trotta v. Lighthouse Point Land Co.*, 2009 U.S. Dist. LEXIS 83212 (S.D. Fla. 2009). A motion to tax appellate

---

[1] Defense counsel did not send any email to Mr. Kelly based on Plaintiff's Counsel's prior representations that they are continuing to represent his interests in this matter.

costs is not subject to Local Rules. *Choice Hotels, Inc. v. Kaushik*, 203 F2d. 1281 (M.D. Ala 2002). When a cost judgment previously was entered by a court, the court may alter or amend its prior judgment without regard to Rule 59. *Buchanan v. Stanships*, 485 U.S. 265, 268-70, 108 S. Ct. 1130, 1132, 99 L. Ed. 2d 289 (1988); *Alimenta, Inc. v. Anheuser-Busch, Inc.*, 803 F.2d 1160, 1162-63 (11th Cir.1986); *Cox. v. American Cast Iron Pipe Co.*, 794 F. 2d. 1546 (11th Cir. 1986).

Here, Defendants respectfully move the Court to enter a cost judgment for appellate costs and in conjunction therewith to amend its prior cost judgment to include the appellate costs. Defendants also move the Court to amend that portion of its prior cost judgment which taxed $425.06 against Plaintiff, or if Plaintiff could not pay, against Plaintiff's Counsel. Plaintiff testified under oath that he presently is unable to pay the $425.06. Moreover, the $425.06 in costs arose out of *a discovery dispute* and an order entered by Magistrate Judge Goodman on 6/12/17 [DE 39]. As such, it is a sum that Plaintiff's Counsel should be required to pay (without execution) because it is in the nature of a Rule 37(a)(5) awarded expense. (….the court must, require….. the party or attorney advising the conduct, or both to pay the movant's reasonable expenses…").

WHEREFORE, Defendants move the Court to enter an amended final judgment to include costs awarded to Defendants by the Eleventh Circuit. Defendants further move the Court to amend tits prior order to require Plaintiff's Counsel to pay the sum of $425.06 as costs arising out of a discovery dispute under the authority of Rule 37(a)(5).

Respectfully Submitted

LANGBEIN & LANGBEIN, P.A.
Counsel for the Defendants
8181 NW 154th Street, Suite 105
Miami Lakes, FL 33016
(Tel) (305) 556-3663
(Fax) (305) 556-3647
Email: langbeinpa@bellsouth.net

By:   Leslie W. Langbein,
        Leslie W. Langbein, Esq.
        Fla. Bar 305391

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served via email on all counsel or parties of record on the attached service list on 8/31/18

By:   Leslie W. Langbein,
        Leslie W. Langbein, Esq.
        Fla. Bar 305391

## SERVICE LIST

J. H. Zidell, Esq..
Rivkah Jaff, Esq.
Natalie Staroschak, Esq..
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Attorney for the Plaintiff

Respectfully Submitted

LANGBEIN & LANGBEIN, P.A.
Counsel for the Defendants
8181 NW 154th Street, Suite 105
Miami Lakes, FL 33016
(Tel) (305) 556-3663
(Fax) (305) 556-3647
Email: langbeinpa@bellsouth.net

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served via email on all counsel or parties of record on the attached service list on 2/20/18

By:   Leslie W. Langbein,
        Leslie W. Langbein, Esq.
        Fla. Bar 305391

## SERVICE LIST

J. H. Zidell, Esq.
K. David Kelly, Esq.
Rivkah Jaff, Esq.
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Attorney for the Plaintiff
Email: zabogado@aol.com