EXHIBIT "A"

**UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**
**Bill of Costs**

Court of Appeals Docket No. 1:16-20872

JESUS LAZARO COLLAR     vs.     ABALUX, INC. and JUAN D. CABRAL

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs.  FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs.  A motion for leave to file out of time is required for a Bill of Costs not timely received.

**INSTRUCTIONS**

In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced.  Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| DOCUMENT | Repro. Method (Mark One) In-House | Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellant's Brief | | | | | | | |
| Appendix | | x | 170 | 3 | 510 | $127.50 | |
| Appellee's Brief | | x | 37 | 8 | 296 | $74.00 | |
| Reply Brief | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | **TOTAL** | | $201.50 | $ |
| | | | | | | REQUESTED | ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: _____    Date Signed: _____

Attorney Name: **Leslie W. Langbein**    Attorney for: Appellee-Abalux,Inc & Juan D. Cabral
(Type or print your name)       (Type or print name of client)

E-mail: langbeinpa@bellsouth.net    Phone: 305-556-3663

Street Address/City/State/Zip: 8181 NW 154 St., Suite 105, Miami Lakes, FL. 33016

**FOR COURT USE ONLY**

Costs are hereby taxed in the amount of $ _____ against _____

and are payable directly to _____

Douglas J. Mincher, Clerk of Court

Issued on: _____   By: _____    DATE: _____
Deputy Clerk

BOC Rev.: 3/15



FedEx Office is your destination
for printing and shipping.


15241 NW 67th Ave
Miami Lakes, FL 33014
Tel: (305) 823-2042

5/21/2018                 9:07:35 AM EST
Team Member: Lazaro P.
Customer: CONNIE ECHEVERRY

                 SALE


BIG BOOK              Qty 2    52.98

BW 1S Copy/Print      350 @   0.1200 T
  000001 Reg. Price    0.14
Coil Mixed Covers       2 @   5.4900 T
  000887 Reg. Price    5.49

     Price per piece   26.49
     Regular Total     59.98
     Discounts          7.00


SMALL BOOK            Qty 7    69.51

BW 1S Copy/Print      259 @   0.1200 T
  000001 Reg. Price    0.14
Coil Mixed Covers       7 @   5.4900 T
  000887 Reg. Price    5.49

     Price per piece    9.93
     Regular Total     74.69
     Discounts          5.18


ORIGINALS             Qty 2    10.98

Coil Mixed Covers       2 @   5.4900 T
  000887 Reg. Price    5.49

     Price per piece    5.49
     Regular Total     10.98
     Discounts          0.00


TABS                  Qty 3    18.00

```
Imprinted Binder/Tab      18 @    1.0000 T
000731 Reg. Price          1.00

    Price per piece        6.00
    Regular Total         18.00
    Discounts              0.00


Sub-Total                          151.47
Tax                                 10.60
Deposit                              0.00

Total                              162.07

Check  (M)                         162.07

    Total Tender                   162.07
    Change Due                       0.00


    Total Discounts     12.18
```



```
* 1 1 2 0 0 0 4 1 9 6 1 *
```

Tell us how we're doing and receive
5% off your next print order
fedex.com/welisten or 1-800-398-0242
Offer Code:____ Offer expires 06/30/18

Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.


Thank you for visiting

FedEx Office
Make It. Print It. Pack It. Ship It.
fedex.com/office


By submitting your project to FedEx
Office or by making a purchase in the
FedEx Office store, you agree to all the
FedEx Office terms and conditions,
including limitations of liability,
located at fedex.com/office, or you
may request a copy of our terms and
conditions, which will be made available
to you upon request.

Customer Copy

**UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

**Bill of Costs**

Court of Appeals Docket No. 1:16-20872

JESUS LAZARO COLLAR _____ vs. ABALUX, INC. and JUAN D. CABRAL

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

**INSTRUCTIONS**

In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| DOCUMENT | Repro. Method (Mark One) In-House | Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellant's Brief | | | | | | | |
| Appendix | | x | 170 | 3 | 510 | $127.50 | 127.50 |
| Appellee's Brief | | x | 37 | 8 | 296 | $74.00 | 74.00 |
| Reply Brief | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | TOTAL | | $201.50 REQUESTED | $ 201.50 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: _____  Date Signed: 8/1/18

Attorney Name: Leslie W. Langbein  Attorney for: Appellee-Abalux, Inc & Juan D. Cabral
(Type or print your name)  (Type or print name of client)

E-mail: langbeinpa@bellsouth.net  Phone: 305-556-3663

Street Address/City/State/Zip: 8181 NW 154 St., Suite 105, Miami Lakes, FL. 33016

---

**FOR COURT USE ONLY**

Costs are hereby taxed in the amount of $ ___$201.50___ against ___Appellant___

and are payable directly to ___Appellee___

Douglas J. Mincher, Clerk of Court

Issued on: _____  By: ___True Porter___  DATE: 8/6/2018
Deputy Clerk

BOC Rev.: 3/15