EXHIBIT "B"

```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
                  CASE NO. 16-20872-CV-LENARD/GOODMAN
 3
     JESUS LAZARO COLLAR,
 4                                              Miami, Florida
                    Plaintiff(s),
 5                                              July 3, 2018
              vs.
 6
     ABALUX, INC. and JUAN D. CABRAL,
 7
                    Defendant(s).
 8   ------------------------------------------------------------

 9                        EVIDENTIARY HEARING
                BEFORE THE HONORABLE JONATHAN GOODMAN
10                  UNITED STATES MAGISTRATE JUDGE

11   APPEARANCES:

12   FOR THE PLAINTIFF(S):    K. David Kelly, Esquire
                              J.H. Zidell, PA
13                            300 71st Street
                              Suite 605
14                            Miami Beach, Florida 33141

15


16
     FOR THE DEFENDANT(S):    Leslie W. Langbein, Esquire
17                            Langbein & Langbein
                              8181 Northwest 154 Street
18                            Suite 105
                              Miami Lakes, Florida 33016

19


20


21

22   REPORTED BY:             Tammy Nestor, RMR, CRR
                              Official Court Reporter
23                            299 East Broward Boulevard
                              Fort Lauderdale, Florida 33301
24                            tammy_nestor@flsd.uscourts.gov

25
```

```
 1   BY MS. LANGBEIN:
 2   Q    Do you recall seeing an order that required you to pay
 3   $425, and if you couldn't, the Zidell law firm would be
 4   required to pay that amount?
 5   A    I do not recall.
 6   Q    Can you afford to pay my clients $425 to pay this cost?
 7   A    Right now, I am not in the position to.
 8   Q
```